69,297.06

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 06 2015

Abel Acosta, Clerk

June 30, 2015

RE: Writ number 905464-D in the 248th District Court, Harris County, Texas.

Dear Clerk,
   Please find enclosed and file Applicant's request for the Court to take JUDICIAL NOTICE.

Thank You,

Gerald J. Durden #1121671
   Applicant - pro se

cc file/ G.J.D.

WRIT NO.
CAUSE NO. 905464-D

EX PARTE

GERALD DURDEN
Applicant

IN THE COURT OF
CRIMINAL APPEALS
AT AUSTIN TEXAS

## JUDICIAL NOTICE

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes, Gerald Durden, applicant, pro se in the above styled and numbered cause and respectfully request that this court takes Judicial Notice of the facts stated herein:

1. The current application for writ of habeas corpus was filed on 10/20/14.

2. The Presiding Judge designated issues and ordered trial counsel, Yvonne Burton to file an affidavit within 30 days. This order was signed 11/03/14.

3. Ms. Burton filed her affidavit on 06/15/15.

4. On 06/17/15 the presiding judge signed the State's Proposed Findings of Fact, conclusions of law, which is totally contradictory to the Courts original findings and order

5. The trial court first agreed that I met the requirement's of Tex. Crim. Proc. Code art. 11.07 4(a), and designated issues, but when it came time for the trial court address said issues the court refused to.

WHEREFORE PREMISES CONSIDERED, Applicant prays this Court takes Judicial Notice of the facts stated.

Respectfully Submitted,

Gerald J. Durden 1121671
Applicant-pro se